IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

In re James L. Knowles, Jr.
    (Fed. Reg. No.: 73206-011),

              PETITIONER,         Civ. No.: 2:07CV 37-MEF

    vs.

Federal Bureau of Prisons, et al.,    FILED UNDER SEAL

              RESPONDENTS.

RECEIVED 2007 JAN 10 P 2:08

## PETITIONER'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Petitioner in the above-entitled proceeding has filed an EMERGENCY PETITION FOR WRIT OF MANDAMUS with the Clerk of said Court. Petitioner does not have the necessary funds to pay the initial filing fee to have this matter heard. Petitioner therefore moves for leave to proceed in forma pauperis. In support of this instant motion for leave to proceed in forma pauperis, Petitioner submits as attachment hereto his DECLARATION OF JAMES L. KNOWLES, JR.

Respectfully requested this 10th day of January, 2007.

By: _____
    James L. Knowles, Jr., pro se
    Petitioner
    Post Office Box 8000
    Marianna, FL 32447-8000

    Tel.: None

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

In re James L. Knowles, Jr.  :
    (Fed. Reg. No.: 73206-011),  :
               PETITIONER,  :
                                  Civ. No.: 2:07CV37-MEF

vs.  :

Federal Bureau of Prisons, et al.,  :
               RESPONDENTS.  :     **FILED UNDER SEAL**

### DECLARATION OF JAMES L. KNOWLES, JR.

I, James L. Knowles, Jr., do hereby declare, under penalty of perjury, pursuant to 28 U.S.C. §1746 and 18 U.S.C. §1621, that:

1. I am the Petitioner so-named in the above-styled proceeding;

2. I give this declaration in support of the foregoing motion by me requesting leave to proceed in forma pauperis in this matter;

3. I do not have the necessary funds to pay the initial filing fee required to bring this case before the Court;

4. The only funds I receive are in the form of payments for my job within the institution factory;

5. The only funds I have access to are in my institution commissary account, which currently total approximately three hundred and twenty-seven dollars ($327.00);

(Page 1 of 2)

6. I am unable to provide proof of my institution commissary account activity, because of status as a federally protected witness housed within a special witness security facility operated by the Federal Bureau of Prisons;

7. I am scheduled to be released from custody no later than June 16, 2007, at which time I will endeavor to pay in full any and all outstanding filing fees, etc., associated with initiating this action within the Middle District of Alabama;

8. I believe I am entitled to the relief I seek in my "EMERGENCY PETITION FOR WRIT OF MANDAMUS".

So affirmed under penalty of perjury this 10th day of January, 2007.

By: _____
James L. Knowles, Jr.
Declarant/Affiant
Post Office Box 8000
Marianna, FL 32447-8000

Tel.: None

(Page 2 of 2)