IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES L. KNOWLES, JR. | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-37-MEF |
| | ) | |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) ) | |
| | ) | |
| Respondents. | ) | |

## **O R D E R**

Upon consideration of the motion for a temporary restraining order contained in Plaintiff's Emergency Petition for Writ of Mandamus (Doc. # 1), filed on January 10, 2007, it is hereby ORDERED that the motion is DENIED pursuant to Federal Rule of Civil Procedure 65(b).

It is further ORDERED that all remaining matters and motions are referred to the Magistrate Judge.

DONE this the 11th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE