IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JAMES L. KNOWLES, JR., | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:07-cv-037-MEF |
| | ) |
| FEDERAL BUREAU PRISONS, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on January 11, 2007 (Doc. #5), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that this case is TRANSFERRED to the United States District Court for the Northern District of Florida pursuant to the provisions of 28 U.S.C. § 1404.

DONE this the 30th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE