**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   William M. McCool
   United States District Court
   Northern District of Florida
   30 W. Government Street
   Panama City, FL 32401

   2:07 CV 37

2. Article Number
   (Transfer from service label)

   7006 2760 0002 8193 0456

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Jeremy Wright    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Jeremy Wright
C. Date of Delivery: 2-5-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   Original file Transfer Order

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes